# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**RE: WILBER & EARLINE WOOTEN**          **CASE NO: 14-10398**
      **DEBTORS**                                                **CHAPTER 13**

## MOTION TO REINSTATE DISMISSED CHAPTER 13 CASE

**COME NOW** the debtors named above and file this their Motion to Reinstate Dismissed Chapter 13 Case and for cause would show unto this Honorable Court as follows:

1. An Agreed Order was entered on October 17, 2018 stating that if the debtors became more than 30 days delinquent in their plan payments the case may be dismissed.  The Final Order of Dismissal was entered on April 8, 2019, stating the debtors had become more than 30 days delinquent in Chapter 13 plan payments.

2. Debtors were notified by the office of the Chapter 13 Trustee that they have received the necessary funds to complete the case.

**WHEREFORE PREMESIS CONSIDERED**, the debtors respectfully request that the Court enter an Order Reinstating the dismissed Chapter 13 Case and for such other and further relief as this court deems just and proper under the circumstances.

                                          Respectfully submitted,

                                          BY:___/s/William L. Fava_
                                          WILLIAM L. FAVA
                                          Attorney for Debtor

7165 Swinnea Rd., Bldg. A Ste. 1
P.O. Box 783
Southaven, MS  38671
(662) 536-1116

## **CERTIFICATE OF SERVICE**

I, William L. Fava, Attorney for Debtors herein, do hereby certify that I have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing Motion to Reinstate Dismissed Chapter 13 Case to the following:

Locke D. Barkley
Via ECF at sbeasley@barkley13.com

U.S. Trustee
Via ECF at USTPRegion05.AB.ECF@usdoj.gov

All Parties on Attached Matrix

SO CERTIFIED on this the 26th day of April, 2019.

                                                    ____/s/William L. Fava_____
                                                    WILLIAM L. FAVA (MSB# 101348)
                                                    Attorney at Law

7165 Swinnea Rd., Bldg. A Ste. 1
P.O. Box 783
Southaven, MS  38671
(662) 536-1116